84339

8/7/2003

**PAID**

Quickutz  
1454 West Business Park Drive  
Orem, UT  
84058

Quickutz  
1454 West Business Park Drive  
Orem, UT  
84058

| 22589 | 8017651144 | MD | 1337 | FedEx (See notes) |

| 0,000 | 2,940 | Dies | 1.50 | 4,410.00 |
| 0,000 | 2,940 | Material Credit | -0.0735 | -216.09 |

$4,193.91

$0.00

Net 30　　　　　　　　　　　　　　　$4,193.91

PMA Photometals of Arizona, Inc.

3040 North 27th Avenue
Phoenix, AZ 85017

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2003 | 84232 |

**Bill To**

Quickutz
1454 West Business Park Drive
Orem, UT
84058

**Ship To**

Quickutz
1454 West Business Park Drive
Orem, UT
84058

PAID

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| 22589 | 1337 | Net 30 | |

| Item | Description | Ordered | Prev. Invoiced | Invoiced | Rate | Amount |
|---|---|---|---|---|---|---|
| Etch | DIES | | | 3,640 | 1.50 | 5,460.00 |
| MC | material credit | | | | -267.54 | -267.54 |

| | |
|---|---|
| **Subtotal** | $5,192.46 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $5,192.46 |
| **Payments/Credits** | $-5,192.46 |
| **Balance Due** | $0.00 |